UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARNELL HUTCHINSON, | : | 1:11-CV-00320 |
| Plaintiff | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| SHIRLEY MOORE SMEAL, *et al.*, | : | |
| Defendants | : | |

# ORDER
December 13, 2013

**IT IS ORDERED** that the defendants' motion (doc. 70) for summary judgment is **GRANTED.** The Clerk of Court shall enter judgment in favor of the defendants.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge